RECEIVED
OCT 30 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Susan L. McCarron

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Lawrence Berger

Firm Name: Mahon & Berger, Esqs.

Post Office Box:

07-756 C

Street Address: 21 Glen Street, Suite D

City-State-Zip: Glen Cove, New York 11542

Telephone & Facsimile Numbers: 516-671-2688 516-671-1148 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? X☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? X☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $ 41,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes X☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes X☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.