**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SUSAN L. McCARRON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-756C |
| | ) | |
| v. | ) | (Judge Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including February 29, 2008, within which to file a response to the complaint. The response to the complaint is currently due December 31, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff has no objection to this motion.

This action alleges that the United States Department of the Army ("Army") and Defense Finance and Accounting Service ("DFAS") violated the Family Medical Leave Act, 5 U.S.C. § 6381, *et seq.*, and 5 U.S.C. § 5514. Ms. McCarron claims that the Government denied her request to substitute her accrued sick leave for the leave without pay provided for by the Family Medical Leave Act. Additionally, Ms. McCarron alleges that the Government erroneously and improperly attempted to collect an overpayment in salary.

The enlargement is requested because defendant's counsel of record has not yet received a litigation report from the Army and DFAS as required pursuant to 28 U.S.C. § 520(b). Agency counsel for the Department of the Army is working diligently to complete the report, but, especially in light of the upcoming holiday season and prearranged travel plans by Army and

DFAS employees, requires additional time to complete investigation of several issues. Once the litigation report is received, defendant's counsel of record shall require additional time to coordinate the preparation of a response with agency counsel and to receive internal review of the response. Additionally, counsel of record will be out of the office for trial advocacy training at the National Advocacy Center from January 28, 2008 through February 8, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 60-days, to and including February 29, 2008, within which to file a response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

December 14, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of December, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN