# Susan L. McCarron v. United States

## No. 07-756C

## INDEX TO APPENDIX


| Tab | Entry | Page Number |
|---|---|---|
| 1 | Standard Form 50 Notification of Personnel Action (dated February 29, 2000) | A1 |
| 2 | Department of Army Memorandum to Joseph A. Smith from Susan L. McCarron (dated October 29, 2001) | A2 |
| 3 | Standard Form 71, Request for Leave (dated November 15, 2001) | A3 |
| 4 | Physician's Note, re: Susan McCarron's pregnancy (dated November 14, 2001) | A4 |
| 5 | Standard Form 71, Requests for Leave (dated December 20, 2001 - January 22, 2002) | A5 - A8 |
| 6 | Department of Army Memorandum for Record from Special Agent-in-Charge Joseph P. Smith (dated March 19, 2002) | A9 |
| 7 | Standard Form 71, Request for Leave (dated March 14, 2002) | A10 |
| 8 | E-mail from Susan McCarron to Colonel Donald G. Salo, re: Request Assistance (dated April 3, 2003) | A11 - A12 |
| 9 | E-mail from Susan McCarron to Colonel Donald G. Salo, re: Follow-up (dated April 8, 2003) | A13 - A14 |
| 10 | Department of Army Memorandum to Susan McCarron from Colonel Donald G. Salo (dated April 10, 2003) | A15 - A17 |
| 11 | U.S. Office of Personnel Management, Family and Medical Leave Act Guidelines | A18 - A26 |
| 12 | U.S. Army Civil Personnel Online, Medical Documentation | A27 |
| 13 | Standard Form 71, Requests for Leave (dated November 2003 - February 2004) | A28 - A39 |

# TAB
# 1

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|
| MCCARRON SUSAN L | [redacted] | 07-12-62 | 02-27-00 |

**FIRST ACTION**

- 5-A. Code: 140
- 5-B. Nature Of Action: REINS-CAREER
- 5-C. Code: KQM
- 5-D. Legal Authority: REG 315.401
- 5-E. Code:
- 5-F. Legal Authority:

**SECOND ACTION**

- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

7. FROM: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
CRIMINAL INVESTIGATOR
92062

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 13 | 04 | $71,247.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $61,420 | $ 9827 | $71,247 | $ 0 |

22. Name and Location of Position's Organization
USA CRIMINAL INVESTIGATION CMD CB101R
HHD, 701ST MILITARY POLICE GP (CID)
MPFU/NEW ENGLAND FRAUD FIELD OFFC (CID
BOSTON FRAUD RESIDENT AGENCY (CID)
FORT BELVOIR, VA 22060

**EMPLOYEE DATA**

- 23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)
- 24. Tenure: 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)
- 25. Agency Use:
- 26. Veterans Preference for RIF: YES / X NO
- 27. FEGLI: C0 BASIC ONLY
- 28. Annuitant Indicator: 9 NOT APPLICABLE
- 29. Pay Rate Determinant: 0
- 30. Retirement Plan: M FERS AND FICA-SPEC
- 31. Service Comp. Date (Leave): 12-19-88
- 32. Work Schedule: F FULL TIME
- 33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

- 34. Position Occupied: 1 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)
- 35. FLSA Category: E (E - Exempt; N - Nonexempt)
- 36. Appropriation Code: AMS: 435520.00TBZ APC
- 37. Bargaining Unit Status: 8888
- 38. Duty Station Code: 25-0120-025
- 39. Duty Station (City-County-State or Overseas Location): BOSTON MA
- 40. Agency Data: NMC
- 41. PON #PA
- 42.
- 43.
- 44. TDA DATA CB/W4VKAA/16A/01

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 02-28-00.
CREDITABLE MILITARY SERVICE: 00 YEARS 00 MONTHS.
PREVIOUS RETIREMENT COVERAGE: PREVIOUSLY COVERED
POSITION IS AT THE FULL PERFORMANCE LEVEL.
SELECTED FROM NON-COMP MEMO FOR PERSAC 00CIDC008522 DATED 12-22-99.
COMPLETED SERVICE REQUIREMENT FOR CAREER TENURE FROM 12-19-88 TO 12-19-91.
FROZEN SERVICE: 00 YEARS, 00 MONTHS.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
OPF MAINTAINED BY CIVILIAN PERSONNEL OPERATIONS CTR ANCR FORT BELVOIR VA

- 46. Employing Department or Agency: DEPT OF THE ARMY
- 47. Agency Code: ARCB
- 48. Personnel Office ID: 2306
- 49. Approval Date: 02-29-00
- 50. Signature/Authentication and Title of Approving Official: Electronically Signed, Megan L Canady, Staffing Assistant

TURN OVER FOR IMPORTANT INFORMATION

5-Part 50-316 — 3 - OPF Copy - For Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

# TAB
# 2

# DEPARTMENT OF THE ARMY

UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
MAJOR PROCUREMENT FRAUD UNIT
BOSTON FRAUD RESIDENT AGENCY
4 LEXINGTON STREET, UNIT 71
AYER, MA 01432-4474

REPLY TO
ATTENTION OF
CISA-MNE-B

29 Oct 2001

MEMORANDUM FOR Special Agent in Charge Joseph P. Smith, New England Fraud Field Office, 4 Lexington Street, Unit 71 Ayer, MA 01432-4474

SUBJECT: Family and Medical Leave Act

1. According to Title 5 USC Chapter 63, Section 6382, Leave requirement, subsection (a)(1)(A), I am entitled to take 12 administrative workweeks of leave during any 12-month period for the birth of a son or daughter and in order to care for such son or daughter. According to section (e)(1), I shall provide with not less than 30 days notice, the date the leave will begin. Per Section 6383, Certification, no certification is required from the health care provider.

2. My estimated delivery date is 16 Dec 2001. It is my understanding that the 12-week period doesn't start before the actual date of birth. Any leave taken prior to the actual birth date is simply "sick" or "annual" leave according to the standard leave requirements. Also, it is my understanding that the "12 weeks" is the minimum amount of time an employer is required by law to allow an employee to take leave. I believe the employer could allow as much additional time for leave as they wish, but simply can't "shorten" the period. I still don't have a firm date when day care will be available, and may request to take greater than twelve weeks, so someone would need to review the statute and decide how to fit that into future MPFU policy. According to my estimated delivery date, I would be returning to work on or around 11 Mar 01.

3. I am attaching copies of the US Code for your review and/or to forward to HQ since I realize policy in this area is still new.

Susan L. McCarron

Susan L. MCCARRON
Resident Agent in Charge

# TAB

# 3

# REQUEST FOR LEAVE OR APPROVED ABSENCE

1. NAME *(Last, First, Middle Initial)*
SUSAN L. MCCARRON

2. EMPLOYEE OR SOCIAL SECURITY NUMBER
[redacted]

3. ORGANIZATION
Boston Fraud Resident Agency

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From: | DATE To: | TIME From: | TIME To: | TOTAL HOURS |
|---|---|---|---|---|---|
| [X] Accrued Annual Leave | 3Dec | 7Dec | 0730 | 1600 | 40 |
| [ ] Restored Annual Leave | | | | | |
| [ ] Advanced Annual Leave | | | | | |
| [X] Accrued Sick Leave | 10Dec | 14Dec | 0730 | 1600 | 40 |
| [ ] Advanced Sick Leave | | | | | |
| Purpose: [ ] Medical/dental/optical examination of requesting employee; [ ] Care of family member/bereavement, including medical/dental/optical examination of family member; [X] Other – see Physic. note | | | | | |
| [ ] Compensatory Time Off | | | | | |
| [ ] Other Paid Absence *(Specify in Remarks)* | | | | | |
| [ ] Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

- [ ] I hereby invoke my entitlement to Family and Medical Leave for:
  - [ ] Birth/Adoption/Foster Care
  - [ ] Serious Health Condition of Spouse, Son, Daughter, or Parent
  - [ ] Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS
–Physician's Note attached regarding "no work" from 9 Dec until the birth of my child. This is NOT FMLA leave.

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE SLMcCarron DATE 15 NOV 01

8. OFFICIAL ACTION ON REQUEST: [X] APPROVED [ ] DISAPPROVED
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

SIGNATURE [signature] DATE 17 Nov 01

PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law, to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

NSN 7540-00-753-5067
Previous edition may be used

STANDARD FORM 71 (Rev. 12-97)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630
USAPA V1.00

# TAB
# 4

ASSOCIATES IN OBSTETRICS & GYNECOLOGY
DIVISION OF ESSEX COUNTY OB/GYN ASSOCIATES, INC.
Women's Health and Medical Arts Center
83 Herrick Street, Suite 2004
Beverly, MA 01915
(978) 927-4800
(978) 922-7291 fax

Nov. 14, 2001

To whom it may concern;

Ms Susan McCann is a pregnant patient of mine. Secondary to medical reasons involving her pregnancy, she cannot work from 12/9/01 until delivery of her child. Please call for any questions.

Sincerely,

[signature]

# TAB

# 5

# REQUEST FOR LEAVE OR APPROVED ABSENCE

1. NAME *(Last, First, Middle Initial)*
SUSAN L. MCCARRON

2. EMPLOYEE OR SOCIAL SECURITY NUMBER
[redacted]

3. ORGANIZATION
Boston Fraud Resident Agency

AMENDED

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From: | DATE To: | TIME From: | TIME To: | TOTAL HOURS |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | |
| ☐ Restored Annual Leave | | | | | [illegible] |
| ☐ Advanced Annual Leave | | | | | 40 |
| ☒ Accrued Sick Leave | 17 Dec | 24 Dec | 0730 | 1600 | 48 |
| ☐ Advanced Sick Leave | 26 Dec | 28 Dec | 0730 | 1600 | 24 |
| Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Other ☐ Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence *(Specify in Remarks)* | | | | | |
| ☐ Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☒ I hereby invoke my entitlement to Family and Medical Leave for:

☒ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or Parent

☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS
Birth of baby on 12/17/01 @ 0730 hrs.
25 Dec 01 = Holiday Note: 24 Dec 01 FED Holiday 9hrs

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE SMcCarron DATE 20 Dec 01

8. OFFICIAL ACTION ON REQUEST: ☒ APPROVED ☐ DISAPPROVED
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

SIGNATURE Joe P. Smith DATE 21 Dec 01

FAXED 1400 21 Dec 01

PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

NSN 7540-00-753-5067
Previous edition may be used

STANDARD FORM 71 (Rev. 12-97)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630

Phyllis.
After I faxed this, I noticed that she counted 24 Dec as duty day. It has been posted as a holiday so she's total hours from 17 Dec is 40 not 48. She is out. What do we need to do if anything?
Joe

DEC-27-2001 09:08A FROM:NEW ENGLAND FRAUD FI 9787963633 TO:701ST OPNS P:1

# REQUEST FOR LEAVE OR APPROVED ABSENCE

1. NAME (Last, First, Middle Initial)
SUSAN L. MCCARRON

2. EMPLOYEE OR SOCIAL SECURITY NUMBER
[redacted]

3. ORGANIZATION
Boston Fraud Resident Agency

| 4. TYPE OF LEAVE/ABSENCE (Check appropriate box(es) below.) | DATE From: | DATE To: | TIME From: | TIME To: | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advanced Annual Leave | | | | | |
| ☒ Accrued Sick Leave | 31 Jan | 31 Jan | 07:30 | 1600 | 8 |
| ☐ Advanced Sick Leave | 2 Jan | 11 Jan | 07:30 | 16:00 | 64 |
| Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Care of family member/bereavement, including medical/dental/optical examination of family member ☒ Other FMLA | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | |
| ☐ Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☒ I hereby invoke my entitlement to Family and Medical Leave for:

☒ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or Parent

☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS
1 Jan = Holiday

480 Available total FMLA
64 hrs previously used.
72 hrs used this Request } Balance: 344 hrs.

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE [signature] DATE 26 Dec 01

8. OFFICIAL ACTION ON REQUEST: ☒ APPROVED ☐ DISAPPROVED
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

SIGNATURE [signature] DATE 27 Dec 01

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your ... record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing ... or illness; to a State unemployment compensation office regarding a claim; to Federal Life ... a Federal, State, or local law enforcement agency when your agency becomes aware of a ... Federal agency when conducting an investigation for employment or security reasons; to the ... ing Office when the information is required for evaluation of leave administration; or the ... nsibilities for records management.

... Security Number, collection of this information is authorized by Executive Order 9397. ... Social Security Number, is voluntary, but failure to do so may result in disapproval of this ...

... for purposes other than those indicated above, it may provide you with an additional statement.

I'm sure she meant to say 31 Dec (not 31 Jan)

STANDARD FORM 71 (Rev. 12/97)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630

# REQUEST FOR LEAVE OR APPROVED ABSENCE

| 1. NAME (Last, First, Middle Initial) | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| SUSAN L. MCCARRON | [redacted] |

3. ORGANIZATION
Boston Fraud Resident Agency

| 4. TYPE OF LEAVE/ABSENCE (Check appropriate box(es) below.) | DATE From: | DATE To: | TIME From: | TIME To: | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advanced Annual Leave | | | | | |
| ☒ Accrued Sick Leave | 14 JAN | 28 JAN | 0730 | 1600 | 80 |
| ☐ Advanced Sick Leave | | | | | |
| Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Other<br>☐ Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | |
| ☐ Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☒ I hereby invoke my entitlement to Family and Medical Leave for:

☐ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or Parent

☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS: 21 JAN 02 = HOLIDAY. - Previously Used = 136 hrs.
This request = 80 hrs
Total Used = 216
Balance: 264 hrs.

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE S McCarron DATE 13 JAN 02

8. OFFICIAL ACTION ON REQUEST: ☒ APPROVED ☐ DISAPPROVED
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

SIGNATURE [signature] DATE 23 Jan 02

Faxed 1/23/ 23 Jan 02

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

NSN 7540-00-753-5067
Previous edition may be used

STANDARD FORM 71 (Rev. 12-91)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630
USAPA V1.00

MAR-19-2002 01:56P FROM:NEW ENGLAND FRAUD FI 9787963632 TO:917038860338 P:2

# REQUEST FOR LEAVE OR APPROVED ABSENCE

**1. NAME** *(Last, First, Middle Initial)*

SUSAN L. MCCARRON

**2. EMPLOYEE OR SOCIAL SECURITY NUMBER**

[redacted]

**3. ORGANIZATION**

Boston Fraud Resident Agency

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From: | DATE To: | TIME From: | TIME To: | TOTAL HOURS |
|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advanced Annual Leave | | | | | |
| ☒ Accrued Sick Leave | 29 JAN | [illegible] MAR | 0730 | 1600 | 264 |
| ☐ Advanced Sick Leave | | | | | |

Purpose: ☐ Medical/dental/optical examination of requesting employee ☐ Other

☐ Care of family member/bereavement, including medical/dental/optical examination of family member

| | | | | | |
|---|---|---|---|---|---|
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence *(Specify in Remarks)* | | | | | |
| ☐ Leave Without Pay | | | | | |

**5. FAMILY AND MEDICAL LEAVE**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☒ I hereby invoke my entitlement to Family and Medical Leave for:

☐ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or Parent

☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

**6. REMARKS** 18 Feb 02 = HOL

FMLA Sick Leave: Previously Used: 216 hrs
Used this request: 264 hrs
Total: 480 hrs
12 wks

**7. CERTIFICATION:** I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE *S McCarron* DATE 22 JAN 02

**8. OFFICIAL ACTION ON REQUEST:** ☐ APPROVED ☒ DISAPPROVED *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Sue: As previously discussed, this is disapproved since under Dept of Army leave policies, further FMLA requires doctor's statement that you are incapacitated for duty with a reason provided. I know we talked about this but, as you know, you can substitute annual leave or combined annual leave with LWOP.

SIGNATURE [signature] DATE 29 Jan 02

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

NSN 7540-00-[illegible]
Previous edition usable

Faxed to SUE 0730/29 Jan 02

STANDARD FORM 71 (Rev. 12-97)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630

# TAB 6

DEPARTMENT OF THE ARMY
UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
NEW ENGLAND FRAUD FIELD OFFICE
4 LEXINGTON STREET, UNIT 71
AYER, MA 01432-4476

REPLY TO
ATTENTION OF:

CISA-MNE

19 March 2002

MEMORANDUM FOR RECORD

SUBJECT: Leave Status of Mrs. Susan L. McCarron, Boston Fraud Resident Agency, between 29 Jan 02 and 15 Mar 02.

On 29 Jan 02, I disapproved a SF 71, Request for Leave or Approved Absence, submitted by Mrs. McCarron on 22 Jan 02, requesting Sick Leave under FMLA for the period 29 Jan through 15 Mar 02. This SF 71 requested SL for the second six week period under FMLA, which required a doctor's note. Mrs. McCarron had been advised previously on this requirement, and a note did not accompany the SF 71. On the disapproved SF 71 I advised Mrs. McCarron that a doctor's note was required, and, in lieu of Sick Leave, she could take Annual Leave or Leave Without Pay or a combination of both.

Between 29 Jan and 15 Mar 02, Mrs. McCarron has not submitted a SF 71 requesting either Annual Leave or Leave Without Pay, and nor has she reported for duty. Mrs. McCarron has advised she believed that FMLA entitles her to Sick Leave for the period 29 Jan thru 15 Mar 02 without a doctor's note. Mrs. McCarron's time card should be changed to Leave Without Pay for the period 29 Jan through 15 Mar 02.

On 18 Mar 02, Mrs. McCarron submitted a SF 71 requesting a combination of Annual Leave and Sick Leave, for dental and medical appointments, for the period 18 through 22 Mar 02. I have approved this SF 71.

JOSEPH P. SMITH
Special Agent-In-Charge

# TAB
# 7

03/15/2002 01:27 9789486123 MCCARRON TELECOMMUNI PAGE 02

# REQUEST FOR LEAVE OR APPROVED ABSENCE

| | |
|---|---|
| 1. NAME *(Last, First, Middle Initial)* SUSAN L. MCCARRON | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER [redacted] |
| 3. ORGANIZATION Boston Fraud Residenc Agency | |

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From: | DATE To: | TIME From: | TIME To: | TOTAL HOURS |
|---|---|---|---|---|---|
| ☒ Accrued Annual Leave | 19 Mar | 20 Mar | 0730 | 1600 | 24 |
| ☐ Restored Annual Leave | 21 Mar | 21 Mar | 1200 | 1600 | 4 |
| ☐ Advanced Annual Leave | 22 Mar | 22 Mar | 0730 | 1200 | 4 |
| ☒ Accrued Sick Leave | 21 Mar | 21 Mar | 0730 | 1200 | 4 |
| ☐ Advanced Sick Leave | 22 Mar | 22 Mar | 1200 | 1600 | 4 |
| Purpose: ☒ Medical/dental/optical examination of requesting employee (3/22) ☐ Other; ☒ Care of family member/bereavement, including medical/dental/optical examination of family member (3/21) | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence *(Specify in Remarks)* | | | | | |
| ☐ Leave Without Pay | | | | | |

5. FAMILY AND MEDICAL LEAVE

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ I hereby invoke my entitlement to Family and Medical Leave for:

☐ Birth/Adoption/Foster Care

☐ Serious Health Condition of Spouse, Son, Daughter, or Parent

☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

6. REMARKS

21 Mar 01 - 4 hrs SL - Daughter has morning medical appointment
22 Mar 01 - 4hrs SL - Dental appointment

7. CERTIFICATION: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE *SMcCarron* DATE 14 Mar 02

8. OFFICIAL ACTION ON REQUEST: ☒ APPROVED ☐ DISAPPROVED
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

SIGNATURE *[signature]* DATE 18 MAR 02

PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

NSN 7540-00-753-5097
Previous edition may be used

STANDARD FORM 71 (Rev. 12-97)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630
USAPA FLAT

# TAB
# 8

From: McCarron, Susan (CID-701st, Devens RFTA)
[mailto:sue.mccarron@DEVENS.ARMY.MIL]
Sent: Thursday, April 03, 2003 8:46 AM
To: Salo, Donald G
Subject: Request Assistance

> Dear Sir:
>
> Pursuant to your Open Door Policy, I am respectfully requesting your
> assistance in helping me resolve a personnel issue that has been
> ongoing now for over a year. The issue involves the Army's
> interpretation of the Family and Medical Leave Act, and the denial of
> my request to use sick leave for the full amount of time allowed under
> the law (12 weeks). Instead I was told that I could only use sick
> leave for the first 6 weeks (without a doctor's note), since that is
> the standard set by the medical profession, but no specific reference
> has ever been made. I was told that any additional use of sick leave
> over 3 days would require a doctor's note. The FMLA provides that an
> employee may take up to 12 weeks of Leave Without Pay for the
> "birth and care of a newborn", and further allows that the employee may
> substitute "either annual or sick leave for any or all" of the period.
> I had over 700 hours of accumulated sick leave, but was told I needed to
> have "doctor's note" to use sick leave for the last six weeks of that
> period.
> I have sought legal advice, and have been told that the Army's position is
> inconsistent with the Federal Law.
>
> Along the way, I have also been denied "due process", under the Debt
> Collection Improvement Act of 1996. At the time my leave request was
> denied in or around Jan/Feb 2002, I continued to receive salary
> payments. I mentioned this to my direct supervisor during that time,
> and when I returned to work during the last week of March 2001,
> advised that I had been paid, and that there were no deductions from
> my sick leave account. At that time, the MPFU timekeeper sent notice
> to DFAS to collect a gross debt of $10,852.96 from my pay, and called
> it a "routine adjustment for overpayment of pay". I argue that being
> placed on LWOP without my approval is anything but "routine". Under
> that Act, I should have been provided written notice by mail a minimum
> of 30 days prior to the initiation of debt collection, and offered an
> opportunity for a hearing regarding the debt collection. In fact, I
> only recieved written notice after I contacted DFAS once they started
> making the deductions from my pay and requested an explanation about
> the adjustment. Even given their position that I should be on LWOP for
> 6 weeks (240 hours),
> I was placed on LWOP for 272 hours. Being placed on LWOP for that period
> of time also meant that I did not receive the normal accrual of
> annual and sick leave during that time frame, so that may explain the
> additional deduction.
>
> Next, I requested that my attorney contact the appropriate individuals
> within the Army to request that I be given an opportunity to grieve
> this debt collection, and to have someone review this situation and
> provide a formal explanation about the "six weeks" determination by
> the "medical profession" that represents the amount of time it takes a
> woman to recover from giving birth (?) A legal site was requested.
> After many long months, neither my attorney nor I have received an

> answer to this request. I'm not sure where in the process it was
> lost.
>
> I am currently expecting my second child, and would like to have this
> issue resolved since it will impact immediately how I plan my leave.
> In the FERS retirement system, any sick leave I don't use before my
> retirement, I have to give back to the government. However, even
> though we are paid for unused annual leave, we can only carry over 240
> hours of annual leave each year. The Army advised that I could
> substitue annual leave for the last 6 weeks of my allowed FMLA leave,
> but it doesn't seem fair that I should have to use ALL my annual
> leave, and have no other opportunity to take leave for the rest of the
> year because I decide to have a child. I believe that is the very
> situation the lawmakers were trying to avoid when implementing the
> Family and Medical Leave Act. Having a child should not cause a
> financial hardship, especially since I have sufficient sick leave
> available. Incidently, I have been in touch with many other female
> GS-1811's, and don't know of any other federal agency who have denied
> the use of sick leave to their female employees under these
> circumstances.
>
> Sir, if this cannot be resolved in an informal setting, I have been
> advised my only other option is to file a law suit against the Army.
> I find this option personally embarrassing for me and I am sincerely
> trying to avoid having this come to a lawsuit. I feel that you are my
> last option to have this resolved within the Army. I feel that this is
> a quality of life issue, and that I have been very patient in waiting
> for a response. I think a year is really long enough, and would like
> to have this finally resolved. I have also talked to Mr. Wes
> Kilgore's wife, Theresa, who specializes in this area. She advised
> that she would be happy to talk to you about her understanding of the
> law, and how it should be applied by Federal Agencies. Obviously, she
> also believes that the Army is acting in a manner inconsistent with
> the law.
>
> Please let me know what I should do next, ie. would it be best for me
> to send you something in writing in addition to this email, or is
> there a time we can either talk by phone, or that I could meet you in
> person? Thanks in advance for your attention to this issue.
>
> Respectfully requested,
>
>
> Susan L. McCarron
> Special Agent in Charge
> Boston Fraud Resident Agency
> 4 Lexington Street Unit 71
> Ayer, MA 01432
> (978) 796-3636
> (978) 796-3639 (fax)
> email: sue.mccarron@devens.army.mil
>
>

# TAB
# 9

From: McCarron, Susan (CID-701st, Devens RFTA)
[mailto:sue.mccarron@DEVENS.ARMY.MIL]
Sent: Tuesday, April 08, 2003 10:44 AM
To: Salo, Donald G
Subject: Follow-up

Sir,
Thank you for the call. I didn't want to get too bogged down with nit-picky details in my initial request, but would like to point out the following paragraphs in the FMLA...for your consideration.

1) When it defines the four situations one can use FMLA LWOP...it states that sections 1 and 2 are for the birth and adoption of children... and that sections 3 and 4 are for serious health conditions of either the employee or a family member.

2) It goes on to state that "An agency may require that a request for leave under
sections 1 and 2 be supported by evidence that is administratively acceptable to the agency". (ie...letter from my doctor confirming my pregnancy, etc.)

3) Discussion in the section entitled "Medical Certification" says specifically, "An agency may require that request for leave under sections 3 and 4 be supported by written medical certification issued by the health care provider of the employee or the family member's health care provider." It specifically leaves out sections 1 and 2 (birth and adoption), and only specifically requires a "doctor's note" for the sections dealing with serious illness.

4) In Federal Register vol 65 No 89 (Monday, May 8, 2000)....there is an OPM final rule regarding these issues. In discussions about "additional evidence"....it states, "Existing OPM regualtions permit an agency to require an employee to proivde evidence tha is administratively acceptable when requesting leave for (1) the birth of a son or daughter and the care of such son or daughter, and (2) the placement of a son or daughter with the employee for adoption or foster care." It talks about requesting "medical evidence" as part of the evidence "adminstratively acceptable". The opposition to this stated that this term was too broad, and would "leave the door open for agency abuse". Further, they stated that 5 CFR 630.1207 already established "a medical certification process through which an agency may require an employee to submit evidence in support of requested leave for an employee's serious health condition or that of a family member." OPM then opined that, "After careful consideration, we agree that the regulations should not permit an agency to require an employee
to submit documentation that may be overly burdensome and beyond what is deemed sufficient in the statute."

5) The Act states very clearly in 5 CFR Section 630.1205 (c), that "An agency may not deny an employee's right to substitute paid leave for any or all of the period of leave without pay to be be taken under secion 630.1203 (a);

I'll be happy to provide copies of anything you need by fax. Thanks again.

Susan L. McCarron
Special Agent in Charge
Boston Fraud Resident Agency
4 Lexington Street Unit 71
Ayer, MA 01432
(978) 796-3636
(978) 796-3639 (fax)
email: sue.mccarron@devens.army.mil

# TAB
# 10

DEPARTMENT OF THE ARMY
UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
701ST MILITARY POLICE GROUP (CID)
6010 6TH STREET
FORT BELVOIR, VA 22060

CISA-ZA

10 April 2003

MEMORANDUM FOR Resident Agent in Charge Susan L. McCarron, Boston Fraud Resident Agency, Major Procurement Fraud Unit, 701st Military Police Group (CID), 4 Lexington Street, Unit 71, Ayer, MA 01432

SUBJECT: Family and Medical Leave

1. I received your 3 April and 8 April e-mails and I spoke with you by phone regarding your concerns that USACIDC was not correctly applying the Family Medical Leave Act for your absences from work after the birth of your first child.

2. I consulted with Ms. Bray and Mr. Denny of the Headquarters staff. Not satisfied with their responses alone, I studied the Code of Federal Regulations that implement the FMLA and the Office of Personnel Management's information on the FMLA. I also reviewed your leave requests for the twelve-week period after the birth of your child.

3. After your child was born on 17 December 2001, on three occasions you invoked your entitlement to Family and Medical Leave and requested sick leave covering periods from 17 December 2001 through 28 January 2002, a total of six weeks. Your supervisor approved these requests. On 22 January 2002, you invoked Family and Medical Leave and requested sick leave for 29 January to 15 March 2002. Your supervisor disapproved your 22 January request because you did not provide medical documentation to support sick leave. Your supervisor said you could take annual leave, or combine annual leave and leave without pay, for 29 January to 15 March. Despite your supervisor's disapproval of sick leave, you missed work from 29 January through 15 March. You did not submit medical documentation to support the use of sick leave and you did not request annual leave or leave without pay.

4. Section 630.1203(a) of 5 CFR says that you were entitled to a total of 12 administrative workweeks of unpaid leave for the birth and care of your child. Section 630.1205(b) says that you could have substituted annual or sick leave for any or all of the period of leave without pay, *consistent with current law and regulations governing the granting and use of annual or sick leave.* Section 630.1205(c) says that the Army may not deny your right to substitute paid leave for any or all of the period of leave without pay, *consistent with current law and regulations.*

5. The italicized language above means that your requests for sick leave as a substitute for leave without pay must comply with the rules on sick leave. Therefore, we must look to OPM's regulations on the use of sick leave. Section 630.401(a) of 5 CFR says that sick leave is available when an employee is *incapacitated for the performance of duties by pregnancy or childbirth* or

CISA-ZA
SUBJECT: Family and Medical Leave

*provides care for a family member with a serious health condition.* Section 630.403(a) says that the Army may grant sick leave only when supported by administratively acceptable evidence. For an absence in excess of 3 workdays, the Army may also require a medical certificate or other administratively acceptable evidence as to the reason for an absence.

6. Although there is no specified length of maternity leave for Army civilian employees, the Army has adopted six weeks as the normal period of absence after childbirth (see Table 4-14 and paragraph 5-5c, Army Regulation 600-8-10).

7. Your supervisor granted you six weeks of sick leave after the birth of your child. He did not require you to provide medical documentation for that time period, although he could have. His approval was consistent with Army policy that the normal period of absence after childbirth is six weeks. When you requested an additional six weeks of sick leave to start on 29 January 2002, your request was subject to the normal sick leave rules: 1) you must have been incapacitated for duty or have met one of the other requirements of Section 630.401, and 2) the Army could require a medical certificate to support your absence. Your supervisor asked for medical documentation but you did not provide any. Since you did not show that you met the requirements for sick leave, your sick leave was disapproved.

8. The command's approach is consistent with OPM's policies on the use of Family and Medical Leave at www.opm.gov/oca/leave/HTML/fmlafac2.htm. OPM provides these questions and answers at http://www.opm.gov/oca/LEAVE/html/slQ&A.htm#pregnant%20employee:

Q: Will employees be required to provide medical certification of a family member's serious health condition?
A: For any use of sick leave, an agency may require medical certification or other "administratively acceptable evidence."

Q: Can a pregnant employee use sick leave for childbirth and to care for her newborn?
A: Pregnant employees are entitled to use sick leave for prenatal and postnatal medical appointments and any periods of incapacitation as a result of pregnancy and childbirth. Complicated conditions may require additional sick leave for periods of incapacitation. A new mother is entitled to use up to 12 weeks of leave without pay under the Family and Medical Leave Act of 1993 for childbirth and care of the newborn.
Under the final regulations, a new mother may use a total of up to 12 weeks of sick leave to care for a newborn child *with a serious health condition.*

CISA-ZA
SUBJECT: Family and Medical Leave

Q: Can a biological mother or father use 12 weeks of sick leave to care for a healthy newborn?

A: No. By law, an employee may use sick leave only for periods of sickness and other incapacitation or for purposes related to the adoption of a child. OPM has no authority to permit employees to use sick leave for purposes other than those permitted by law. A new parent may use a total of up to 12 weeks of sick leave to care for a newborn child *with a serious health condition.* He or she may use annual leave or leave without pay to care for a healthy newborn.

9. Also, the command's approach is similar to that of another federal agency, the Department of Justice, whose maternity leave policy, at http://www.usdoj.gov/jmd/ps/empobdorient.htm#leave, states:

> "Absence for Maternity/Paternity Reasons
>
> There is no separate category of leave provided to Federal employees for maternity/paternity purposes. Employees use a combination of leave without pay, sick leave, and annual leave to cover absences, within the current laws and regulations governing use of each type of leave. Employees also may invoke their entitlement to FMLA leave for maternity purposes. Sick leave is appropriate for medical appointments related to pregnancy and childbirth, incapacitation due to childbirth, and recuperation from childbirth, and to care for a sick child or spouse. Sick leave is not appropriate to bond with or to care for a healthy newborn. Employees should discuss their needs for absences due to the birth of a child with their supervisors as soon as possible. As with any sick leave use, employing components may require employees who wish to use sick leave in conjunction with pregnancy and childbirth to provide appropriate medical certification."

10. You also stated your concern that the Defense Finance and Accounting Service denied you due process regarding the debt collection. I cannot speak for DFAS on how it implements the applicable laws and regulations. Since you are working with an attorney to resolve the debt collection, you should proceed as you think best regarding that issue.

DONALD G. SALO, JR.
COL, MP
Commanding

# TAB 11

OPM U.S. Office of Personnel Management

# Family and Medical Leave

## Entitlement

Under the Family and Medical Leave Act of 1993 (FMLA), most Federal employees are entitled to a total of up to 12 workweeks of unpaid leave during any 12-month period for the following purposes:

- the birth of a son or daughter of the employee and the care of such son or daughter;
- the placement of a son or daughter with the employee for adoption or foster care;
- the care of spouse, son, daughter, or parent of the employee who has a serious health condition; or
- a serious health condition of the employee that makes the employee unable to perform the essential functions of his or her positions.

Under certain conditions, an employee may use the 12 weeks of FMLA leave intermittently. An employee may elect to substitute annual leave and/or sick leave, consistent with current laws and OPM's regulations for using annual and sick leave, for any unpaid leave under the FMLA. (The amount of sick leave that may be used to care for a family member is limited. See "Sick Leave to Care for a Family Member with a Serious Health Condition") FMLA leave is in addition to other paid time off available to an employee.

## Job Benefits and Protection

- Upon return from FMLA leave, an employee must be returned to the same position or to an "equivalent position with equivalent benefits, pay, status, and other terms and conditions of employment."
- An employee who takes FMLA leave is entitled to maintain health benefits coverage. An employee on unpaid FMLA leave may pay the employee share of the premiums on a current basis or pay upon return to work.

## Advance Notice and Medical Certification

- An employee must provide notice of his or her intent to take family and medical leave not less than 30 days before leave is to begin or, in emergencies, as soon as is practicable.

- An agency may request medical certification for FMLA leave taken to care for an employee's spouse, son, daughter, or parent who has a serious health condition or for the serious health condition of the employee.

Links

- 5/8/00 FMLA Changes (.pdf Format)
- Full FMLA Regulations
- 12/5/96 Regulations Federal Register version (.pdf Format)
- FMLA Medical Certification Form
- Expanded Family and Medical Leave Policies
- Questions and Answers on Expanded Family and Medical Leave Policies

References

Public Law 103-3, February 5, 1999
5 U.S.C. 6381-6387; 5 CFR part 630, subpart L

- To Leave Administration Home Page
- To OPM Home Page
- To Website Index

Page updated 18 May 2000

OPM *U.S. Office of Personnel Management*

## Questions and Answers on the Expanded Use of Sick Leave for Family Care Purposes


- How will this new sick leave policy benefit Federal employees?
- Is this a new category of leave—i.e., "Sick leave for family care?"
- Who is covered by the new sick leave policy?
- What are some examples of a "serious health condition?"
- Who is considered a "family member?"
- Who determines who is a "family member?"
- How broadly should agencies define "family member?"
- What are the requirements for using sick leave to care for a family member with a serious health condition?
- Will employees be required to provide medical certification of a family member's serious health condition?
- How is the new sick leave policy different from the current policy on using sick leave for family care purposes?
- Are employees entitled to use 13 days of sick leave for general family care or bereavement purposes plus 12 weeks of sick leave to care for a family member with a serious health condition each year?
- Can a pregnant employee use sick leave for childbirth and to care for her newborn?
- Can a biological father use sick leave for childbirth and care of his newborn?
- Can a biological mother or father use 12 weeks of sick leave to care for a health newborn?
- Can adoptive parents use sick leave to care for a newly adopted child?
- Why weren't the final regulations made effective retroactively to the date the President directed OPM to expand the use of sick leave for family care purposes?
- Will an employee who has previously taken leave without pay under the FMLA to care for a spouse, son or daughter, or parent with a serious health condition be able to substitute sick leave retroactively for the leave without pay?
- Does the new sick leave policy permit an employee to take a total of up to 12 weeks of sick leave each year in addition to 12 weeks of leave without pay under the FMLA?
- Won't this new benefit encourage employees to use more sick leave?
- Will employees approved for the Federal voluntary leave transfer and leave bank programs be required to use their sick leave before using donated annual leave?
- Will this benefit increase absenteeism and make it more difficult for agencies to fulfill their work requirements?


---

**Q. How will this new sick leave policy benefit Federal employees?**

A. Federal employees will now be permitted to use a total of up to 12 weeks of sick leave each year to care for a family member with a serious health condition.

**Q. Is this a new category of leave—i.e., "Sick leave for family care?"**

A. No. Federal employees must use their accrued sick leave to care for a family member with a serious health condition.

**Q. Who is covered by the new sick leave policy?**

A. Employees who are covered by the Federal annual and sick leave systems are covered by this new policy. (See 5 U.S.C. 6301.) U.S. Postal Service employees are not covered.

**Q. What are some examples of a "serious health condition?"**

A. Examples of "serious health conditions" include, but are not limited to, heart attacks, heart conditions requiring heart bypass or valve operations, cancers, back conditions requiring extensive therapy or surgical procedures, kidney dialysis, physical therapy, strokes, severe respiratory conditions, spinal injuries, appendicitis, pneumonia, emphysema, severe arthritis, severe nervous disorders, injuries caused by serious accidents on or off the job, clinical depression, recovery from major surgery, final stages of a terminal illness, and Alzheimer's disease.

A "serious health condition" also includes ongoing pregnancy, miscarriages, complications or illnesses related to pregnancy (such as severe morning sickness), the need for prenatal care, childbirth, and recovery from childbirth.

**Q. Who is considered a "family member?"**

A. "Family member" means the following relatives of the employee:
   a. Spouse, and parents thereof;
   b. Children, including adopted children, and spouses thereof;
   c. Parents;
   d. Brothers and sisters, and spouses thereof; and
   e. Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

**Q. Who determines who is a "family member?"**

A. The head of an agency is responsible for administering the Federal leave program in his or her agency. Managers and supervisors must use their own judgment in applying this definition, consistent with the agency's internal policy and applicable bargaining agreement. This definition of "family member" has been used since the war in Vietnam to determine eligibility for leave to attend the funeral of a family member killed on active duty in the military. Agencies have had a great deal of experience in applying this definition under the Federal voluntary leave transfer and leave bank programs.

**Q. How broadly should agencies define "family member?"**

A. This benefit is intended to be "family friendly" and to permit employees to care for individuals outside the traditional nuclear family. OPM's regulations governing the leave transferand leave bank programs and sick leave for family care are intended to address the needs of employees struggling to manage child care, elder care, family emergencies, and other personal responsibilities, while at the same time remaining committed to professional evelopment and advancement. The definition of "family member" is not intended to benefit or further the social

agenda of any particular group. Rather, this definition recognizes that in today's society there are both traditional and nontraditional families and that the *responsibilities placed on the employee* are the same in both cases

**Q. What are the requirements for using sick leave to care for a family member with a serious health condition?**

A. Employees must maintain a sick leave balance of 80 hours in order to use the full 12 weeks of sick leave to care for a family member with a serious health condition. Any employee may use an initial 40 hours of sick leave for family care purposes. To use more than 40 hours, an employee must maintain a sick leave balance of 80 hours at all times. This limitation applies to any employee using sick leave to care for a family member.

**Q. Will employees be required to provide medical certification of a family member's serious health condition?**

A. For any use of sick leave, an agency may require medical certification or other "administratively acceptable evidence." In addition, the final regulations permit an agency to establish a time limit for employees to produce such documentation.

**Q. How is the new sick leave policy different from the current policy on using sick leave for family care purposes?**

A. Most Federal employees may use a total of up to 13 days of sick leave each year for family care and bereavement purposes. The expanded regulations permit employees to use a total of up to 12 weeks of sick leave each year to care for a family member *with a serious health condition*. The circumstances under which employees may use more than 13 days of sick leave therefore are more limited.

This benefit will broaden the options available for employees to meet their family responsibilities. Mothers, fathers, and grandparents (who are raising their grandchildren), and employees caring for their spouses, siblings, or parents will all greatly benefit from this more generous leave benefit. This benefit also will address the dilemmas faced by parents of special needs children when trying to balance their work and family responsibilities.

**Q. Are employees entitled to use 13 days of sick leave for general family care or bereavement purposes plus 12 weeks of sick leave to care for a family member with a serious health condition each year?**

A. No. If an employee previously has used any portion of the 13 days of sick leave for general family care or bereavement purposes in a year, that amount must be subtracted from the 12-week entitlement. If an employee has already used 12 weeks of sick leave to care for a family member with a serious health condition, he or she cannot use an additional 13 days in the same year for general family care purposes. An employee is entitled to a total of 12 weeks of sick leave each year for all family care purposes.

*Example:*

*Jo Ann has 840 hours of accrued sick leave. She used 10 days (80 hours) of sick leave earlier this leave year to care for her daughter who had chicken pox. Last week Jo Ann's mother-in-law underwent emergency heart surgery and will need constant care for several weeks. Jo Ann may use up to a maximum of 400 hours (480 hour maximum entitlement minus 80 hours already used for family care purposes) to care for her mother-in-law as she recuperates.*

**Q. Can a pregnant employee use sick leave for childbirth and to care for her newborn?**

**A.** Pregnant employees are entitled to use sick leave for prenatal and postnatal medical appointments and any periods of incapacitation as a result of pregnancy and childbirth. Complicated conditions may require additional sick leave for periods of incapacitation. A new mother is entitled to use up to 12 weeks of leave without pay under the Family and Medical Leave Act of 1993 (FMLA) for childbirth and care of the newborn. Unpaid leave under the FMLA must be used within 1 year following the date of birth. In addition, a mother may use up to 13 days of sick leave for well baby appointments and to care for a newborn child during minor illnesses.

Under the final regulations, a new mother may use a total of up to 12 weeks of sick leave to care for a newborn child *with a serious health condition*. If the new mother has already used 13 days of sick leave for family care purposes, she will be entitled to use the balance of the 12-week entitlement to sick leave.

**Q. Can a biological father use sick leave for childbirth and care of his newborn?**

**A.** A biological father is entitled to use sick leave to care for the biological mother for any period (up to a maximum of 12 weeks) during which she is incapacitated as a result of pregnancy and childbirth. This includes prenatal and postnatal doctor's examinations, hospitalization, and recovery from childbirth. In most cases, however, the biological mother's period of incapacitation will be less than 12 weeks (generally 6 weeks).

The new father may use a total of up to 13 days of sick leave for well baby appointments and to care for the newborn during minor illnesses. A new father may use up to 12 weeks of unpaid leave under the FMLA to care for his healthy newborn and may substitute annual leave for FMLA leave without pay. If the newborn has a serious health condition, the father may use any remaining portion of the 12-week entitlement to care for that child.

**Q. Can a biological mother or father use 12 weeks of sick leave to care for a healthy newborn?**

**A.** No. By law, an employee may use sick leave only for periods of sickness and other incapacitation or for purposes related to the adoption of a child. OPM has no authority to permit employees to use sick leave for purposes other than those permitted by law. A new parent may use a total of up to 12 weeks of sick leave to care for a newborn child *with a serious health condition*. He or she may use annual leave or leave without pay to care for a healthy newborn.

**Q. Can adoptive parents use sick leave to care for a newly adopted child?**

A. By law (5 U.S.C. 6307), an employee may use accrued sick leave "for purposes relating to the adoption of a child." An adoptive parent may use sick leave for any purpose that would allow the adoption to proceed, including, but not limited to, appointments with adoption agencies, social workers, and attorneys; court proceedings; required travel; and for any periods during which an adoptive parent is ordered or required by the adoption agency or by a court to be absent from work to care for the adopted child. If the adoption agency or court do not impose such a requirement, the employee must use annual leave or leave without pay to care for the adopted child.

In addition, an adoptive parent may use a total of up to 13 days of sick leave for medical appointments and to care for the adopted child during minor illnesses. If an adoptive parent has not used 13 days of sick leave for general family care purposes, he or she may use a total of up to 12 weeks of sick leave to care for an adopted child with a serious health condition.

**Q. Why weren't the final regulations made effective retroactively to the date the President directed OPM to expand the use of sick leave for family care purposes?**

A. The issuance of retroactive regulations is neither the preferred nor usual method for rulemaking. Retroactivity in rulemaking is permissible where Congress has expressly authorized it in law, but that is not the case here. In addition, the arbitrary selection of a retroactive effective date would result in inequitable treatment of employees who were compelled to use leave without pay before that date for care of a family member with a serious health condition.

**Q. Will an employee who has previously taken leave without pay under the FMLA to care for a spouse, son or daughter, or parent with a serious health condition be able to substitute sick leave retroactively for the leave without pay?**

A. No. Employees may not retroactively substitute sick leave for leave without pay under the FMLA.

**Q. Doesthe new sick leave policy permit an employee to take a total of up to 12 weeks of sick leave each year in addition to 12 weeks of leave without pay under the FMLA?**

A. The new sick leave policy permits an employee to use sick leave to care for family members who do not meet the definition of "spouse, son or daughter, or parent" under the FMLA. Theoretically, an employee could use 12 weeks of sick leave to care for a family member who does not meet the "spouse, son or daughter, or parent" definition under the FMLA and, later in the leave year, invoke the FMLA and use leave without pay to care for a "spouse, son or daughter, or parent." However, we believe most employees who are now using FMLA leave without pay will choose to substitute their available sick leave for periods of unpaid leave under the FMLA to care for a spouse, son or daughter, or parent with a serious health condition.

**Q. Won't this new benefit encourage employees to use more sick leave?**

A. We anticipate that only a small percentage of the Federal workforce will have a need to use large amounts of sick leave for family care purposes. In addition, most Federal employees do not have 12 weeks of accrued sick leave available to use for this purpose.

Based on our experience, we believe less than 0.5 percent of the Federal workforce with 5 or more years of Federal service would actually use the maximum 12 weeks of sick leave. Federal employees accrue 13 days of sick leave each year. Although it is possible for an employee not to use any sick leave for 5 years so that he or she would accumulate 65 days (more than 12 weeks) of sick leave to use for family care purposes, this is highly unlikely.

We believe the ability to use additional sick leave will encourage employees to conserve their sick leave as insurance against the possibility that they will need to care for a family member in the future. In addition, the expanded use of sick leave for family care purposes will provide many benefits. Agencies will retain valuable employees and benefit from reduced costs (including training costs) to replace employees forced to separate from Federal service because of family responsibilities. In addition, there will be less need for employees to obtain donated leave through the voluntary leave transfer and leave bank programs, since a potential leave recipient faced with a family medical emergency will be required to use his or her own sick leave before receiving any donated annual leave from other Federal employees.

**Q. Will employees approved for the Federal voluntary leave transfer and leave bank programs be required to use their sick leave before using donated annual leave?**

A. Yes. Under the Federal voluntary leave transfer and leave bank programs, an employee may receive donated annual leave from other Federal employees if he or she is affected by a personal or family medical emergency and has exhausted his or her available paid annual and sick leave. An employee faced with a family medical emergency who has exhausted his or her entitlement to 12 weeks of sick leave for family care purposes (or a lesser amount if the employee has not accrued 12 weeks of sick leave) may receive donated annual leave. In addition, an employee who is using donated annual leave on the effective date of the new sick leave policy is required to use all of his or her sick leave available for family care purposes before he or she can continue to use donated annual leave.

**Q. Will this benefit increase absenteeism and make it more difficult for agencies to fulfill their work requirements?**

A. Although it is theoretically for an employee to use 12 weeks of sick leave to care for a family member with a serious health condition and 12 weeks of leave without pay under the FMLA to care for a spouse, son or daughter, or parent with a serious health condition, we believe it is highly unlikely that many employees will have a need or be able to use such large amounts of paid and unpaid leave for this purpose.

In addition, the purpose for which the additional sick leave may used--i.e., a serious health condition--will limit the circumstances in which employees can use sick leave under the fianl regulations. We believe this expanded entitlement will provide the greatest benefit to employees who would otherwise be forced to use leave without pay under the FMLA to care for their family members. The expanded use of sick leave will permit these and other employees facing similar situations to maintain an income for part or all of the time they must

be absent from work.

---

- To Leave Administration Home Page
- To OPM Home Page
- To Website Index

*Page Last Modified: 7/4/2000*

# TAB
# 12

U.S. ARMY Cpol CIVILIAN PERSONNEL ON-LINE

# PERMISS

**Category: Management-Employee Relations Program**

## Medical Documentation

When an employee is out on sick leave for more than three consecutive workdays, a medical certificate from the attending physician may be required. A supervisor may also request medical documentation for a lesser period when determined necessary.

In cases of extended illness, medical documentation may be required periodically, if necessary to establish the employee's continued incapacity for duty.

Specific requirements for medical documentation may include:

- Content of Medical Documentation/Physician's Statement
- History of the medical condition
- Clinical findings from a recent evaluation
- Assessment of current clinical status and plans for future treatment
- Diagnosis
- Estimated date of full or partial recovery, with projected return to duty date

If the medical documentation provided is questionable, the medical officer at the base medical facility may be requested to review the documentation submitted and to consult with the employee's physician for clarification.

**Content last reviewed: 1/23/2008-HLJ**

| Related Topics | References |
|---|---|
| Sick Leave<br>Voluntary Leave Sharing Program | Code of Federal Regulations, 5CFR 630.403 |

**Return to: PERMISS Homepage | Management-Employee Relations Program**

**This page was last revised: 1/23/2008**

# TAB
# 13

NOV-25-2003 09:12 FROM:NEW ENGLAND FRAUD FI 9787963633 TO:86563801 P:4

AMENDED

# Request for Leave or Approved Absence

1. Name (Last, first, middle) McCarron, Susan L

2. Employee or Social Security Number [redacted]

3. Organization BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☒ Accrued sick leave | 4 NOV | 7 NOV | 0730 | 1600 | 32 |
| ☐ Advance sick leave | | | | | |

Purpose: ☐ Illness/injury/incapacitation of requesting employee

☐ Medical/dental/optical examination of requesting employee

☐ Care of family member, including medical/dental/optical examination of family member, or bereavement

☐ Care of family member with a serious health condition

☒ Other FMLA

| | | | | | |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:

☒ Birth/Adoption/Foster care

☐ Serious health condition of spouse, son, daughter, or parent

☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks 4 NOV 03 - 0742 hrs - gave birth to son. Start FMLA Sick Leave

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature

7b. Date signed

8a. Official action on request ☐ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature

8d. Date signed

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management 5 CFR 630

Local Reproduction Authorized

OPM Form 71 Aug 2001 Formerly Standard Form (SF) 71

NOV-25-2003 14:55 FROM:NEW ENGLAND FRAUD FI 9787963633 TO:701ST OPNS P:6

# Request for Leave or Approved Absence

1. Name (Last, first, middle): McGarvin, Susan L.

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☒ Accrued sick leave | 17 NOV | 21 NOV | 1730 | 1600 | 40 |
| ☐ Advance sick leave | | | | | |

Purpose:
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☒ Other FMLA

| | | | | | |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:

- ☒ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature

7b. Date signed

8a. Official action on request: ☒ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature [signature]

8d. Date signed: 25 Nov 03

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
NSN 7540-00 ...

Local Reproduction Authorized

OPM Form 71
Aug 2001
Previous editions usable / Standard Form (SF) 71

11/25/2003 04:01 9785488123 MCCARRON TELECOMMUNI PAGE 01

Phyllis - I move to the Pls. Joe

# Request for Leave or Approved Absence

1. Name (Last, first, middle) McCamon, Susan L

2. Employee or Social Security Number [redacted]

3. Organization BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☒ Accrued sick leave | 24 NOV | 26 NOV | 0730 | 1600 | 24 |
| ☐ Advance sick leave | 28 NOV | 28 NOV | 0730 | 1600 | 8 |

Purpose: ☐ Illness/injury/incapacitation of requesting employee

☐ Medical/dental/optical examination of requesting employee

☐ Care of family member, including medical/dental/optical examination of family member, or bereavement

☐ Care of family member with a serious health condition

☒ Other — FMLA – substitution of sick leave

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:

☒ Birth/Adoption/Foster care

☐ Serious health condition of spouse, son, daughter, or parent

☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks 27 NOV = HOL.

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature SMcCamon

7b. Date signed 24 NOV 03

8a. Official action on request ☒ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature [signature]

8d. Date signed 25 NOV 03

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71

DEC-12-2003 15:33 FROM:NEW ENGLAND FRAUD FI 9787963633 TO:701ST OPNS P:1

MCCARRON TELECOMMUNI PAGE 01

# Request for Leave or Approved Absence

1. Name (Last, first, middle): McCarron Susan

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☒ Accrued sick leave | 8 DEC | 12 DEC | 0730 | 1600 | 40 |
| ☐ Advance sick leave | | | | | |

Purpose:
☐ Illness/injury/incapacitation of requesting employee
☐ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
☐ Care of family member with a serious health condition
☒ Other FMLA - Substitution of SL.

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:

☒ Birth/Adoption/Foster care

☐ Serious health condition of spouse, son, daughter, or parent

☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: McCarron

7b. Date signed: 8 Dec 03

8a. Official action on request ☐ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature

8d. Date signed

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71

# Request for Leave or Approved Absence

1. Name *(Last, first, middle)*: McCarron, Susan L.

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

Purpose:
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☒ Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☒ Other paid absence *(specify in remarks)* | 29 Dec | 2 JAN | 0730 | 1600 | 32 |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:

- ☒ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks: FMLA request for substitution of Sick Leave disapproved. Therefore request substitution of Time Off Award Leave.

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: S McCarron

7b. Date signed: 8 JAN 04

8a. Official action on request: ☒ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval:

8c. Signature: [signature]

8d. Date signed: 8 Jan 04

Privacy Act Statement

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job-connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

# Request for Leave or Approved Absence

1. Name (Last, first, middle): McCarron, Susan L.

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

Purpose:
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☐ Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☒ Leave without pay | 5 JAN | 9 JAN | 0730 | 1600 | 40 |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:
- ☒ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks: FMLA – Request for Substitution of Sick Leave disapproved. Therefore; request LWOP (40 hrs).

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: S McCarron

7b. Date signed: 8 JAN 04

8a. Official action on request: ☒ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval:

8c. Signature: Joe P. Mott

8d. Date signed: 8 JAN 04

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71

# Request for Leave or Approved Absence

1. Name (Last, first, middle) McCarron, Susan L.

2. Employee or Social [redacted]

3. Organization BFRA.

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [X] Accrued annual leave | 12 JAN | 14 JAN | 0730 | 1600 | 24 |
| [ ] Restored annual leave | | | | | |
| [ ] Advance annual leave | | | | | |
| [ ] Accrued sick leave | | | | | |
| [ ] Advance sick leave | | | | | |

Purpose:
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [ ] Compensatory time off | | | | | |
| [ ] Other paid absence (specify in remarks) | | | | | |
| [X] Leave without pay | 15 JAN | 16 JAN | 0730 | 1600 | 16 |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

[X] I hereby invoke my entitlement to family and medical leave for:

- [X] Birth/Adoption/Foster care
- [ ] Serious health condition of spouse, son, daughter, or parent
- [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks Leave taken under FMLA. Previous request to use sick leave was disapproved.

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature SMcCarron

7b. Date signed 21 JAN 04

8a. Official action on request [X] Approved [ ] Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature [signature]

8d. Date signed 23 Jan 04

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

01/21/2004 08:51 9789488123 MCCARRON TELECOMMUNI PAGE 03

## Request for Leave or Approved Absence

1. Name (Last, first, middle): McCarron Susan L.

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA?

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [X] Accrued annual leave | 20 JAN | 21 JAN | 0730 | 1600 | 16 |
| [ ] Restored annual leave | | | | | |
| [ ] Advance annual leave | | | | | |
| [ ] Accrued sick leave | | | | | |
| [ ] Advance sick leave | | | | | |

Purpose:
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [ ] Compensatory time off | | | | | |
| [ ] Other paid absence (specify in remarks) | | | | | |
| [ ] Leave without pay | 22 JAN | 23 JAN | 0730 | 1600 | 16 |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

- [X] I hereby invoke my entitlement to family and medical leave for:
  - [X] Birth/Adoption/Foster care
  - [ ] Serious health condition of spouse, son, daughter, or parent
  - [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks: 19 JAN 04 HOL. - leave taken under FMLA. Previous request to use sick leave was disapproved.

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: SMcCarron

7b. Date signed: 21 JAN 04

8a. Official action on request: [ ] Approved [ ] Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval:

8c. Signature: [signature]

8d. Date signed: 23 Jan 04

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71

01/21/2004 00:51 9789488123 MCCARRON TELECOMMUNI PAGE 02

# Request for Leave or Approved Absence

1. Name (Last, first, middle): McCarron, Susan L.

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA.

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [X] Accrued annual leave | 26 JAN | 28 JAN | 0730 | 1600 | 24 |
| [ ] Restored annual leave | | | | | |
| [ ] Advance annual leave | | | | | |
| [ ] Accrued sick leave | | | | | |
| [ ] Advance sick leave | | | | | |

Purpose:
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [ ] Compensatory time off | | | | | |
| [ ] Other paid absence (specify in remarks) | | | | | |
| [X] Leave without pay | 29 JAN | 30 JAN | 0730 | 1600 | 16 |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

[X] I hereby invoke my entitlement to family and medical leave for:

- [X] Birth/Adoption/Foster care
- [ ] Serious health condition of spouse, son, daughter, or parent
- [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks: Leave taken under FMLA. Previous request to use sick leave disapproved

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: SMcCarron

7b. Date signed: 21 JAN 04

8a. Official action on request: [X] Approved [ ] Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval:

8c. Signature: [signature]

8d. Date signed: 23 JAN 04

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management 5 CFR 630 Local Reproduction Authorized OPM Form 71 June 2001 Formerly Standard Form (SF) 71

01/21/2004 00:51 9789488123 MCCARRON TELECOMMUNI PAGE 01

# Request for Leave or Approved Absence

1. Name (Last, first, middle) McCarron Susan L.

2. Employee or Social Security Number [redacted]

3. Organization BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [X] Accrued annual leave | 2 Feb | 6 Feb - | 0730 | 1600 | 40 |
| [ ] Restored annual leave | | | | | |
| [ ] Advance annual leave | | | | | |
| [ ] Accrued sick leave | | | | | |
| [ ] Advance sick leave | | | | | |

Purpose:
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

| | | | | | |
|---|---|---|---|---|---|
| [ ] Compensatory time off | | | | | |
| [ ] Other paid absence (specify in remarks) | | | | | |
| [ ] Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

- [ ] I hereby invoke my entitlement to family and medical leave for:
  - [ ] Birth/Adoption/Foster care
  - [ ] Serious health condition of spouse, son, daughter, or parent
  - [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. **Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature SMcCarron

7b. Date signed 21 JAN 03.

8a. Official action on request [ ] Approved [ ] Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature [signature]

8d. Date signed 23 Jan 04

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630 Local Reproduction Authorized OPM Form 71
June 2001
Formerly Standard Form (SF) 71

# Request for Leave or Approved Absence

1. Name (Last, first, middle): McCarron, Susan L.

2. Employee or Social Security Number: [redacted]

3. Organization: BFRA

4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☒ Accrued sick leave | noon 9 Feb | noon 9 Feb | 1000 | 1600 | 6 |
| ☐ Advance sick leave | | | | | |

Purpose:
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☒ Care of family member, including medical/dental/optical examination of family member, or bereavement – daughter is ill
- ☐ Care of family member with a serious health condition
- ☐ Other

| | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☐ I hereby invoke my entitlement to family and medical leave for:
- ☐ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

7a. Employee signature: SMcCarron

7b. Date signed: 9 Feb 04

8a. Official action on request: ☒ Approved ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

8b. Reason for disapproval

8c. Signature: [signature]

8d. Date signed: 9 Feb 04

Privacy Act Statement

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630
Local Reproduction Authorized
OPM Form 71
June 2001
Formerly Standard Form (SF) 71

# Request for Leave or Approved Absence

| 1. Name (*Last, first, middle*) | 2. Employee or Social Security Number |
|---|---|
| McCarron, Sue | [redacted] |

3. Organization: BFRA

**4. Type of Leave/Absence**

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| [X] Accrued annual leave | 12 Feb | 12 Feb | 0730 | 1600 | 8 |
| [ ] Restored annual leave | | | | | |
| [ ] Advance annual leave | | | | | |
| [X] Accrued sick leave | 10 Feb | 11 Feb | 0730 | 1600 | 16 |
| [ ] Advance sick leave | | | | | |

Purpose:
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [X] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [ ] Other

| | | | | | |
|---|---|---|---|---|---|
| [ ] Compensatory time off | | | | | |
| [ ] Other paid absence (*specify in remarks*) | | | | | |
| [ ] Leave without pay | | | | | |

**5. Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

- [ ] I hereby invoke my entitlement to family and medical leave for:
  - [ ] Birth/Adoption/Foster care
  - [ ] Serious health condition of spouse, son, daughter, or parent
  - [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

6. Remarks -- Daughter was ill.

7. Certification: I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

| 7a. Employee signature | 7b. Date signed |
|---|---|
| S. McCarron | 13 Feb 04. |

8a. Official action on request: [X] Approved [ ] Disapproved (*If disapproved, give reason. If annual leave, initiate action to reschedule.*)

8b. Reason for disapproval

| 8c. Signature | 8d. Date signed |
|---|---|
| [signature] | 13 FEB 04 |

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.