**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SUSAN L. McCARRON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-756C |
| | ) | |
| v. | ) | (Judge Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a 28-day enlargement of time, to and including August 4, 2008, for defendant, the United States, to file a response to the complaint. The response to the complaint is currently due July 7, 2008. This is the parties' first request for an enlargement of time since the Court issued an order granting defendant's motion to dismiss Count I of the complaint.

On June 20, 2008, the Court granted the Government's motion to dismiss Count I of the complaint and re-set the deadline for the Government to respond to Count II of the complaint to July 7, 2008. Count II of the complaint alleges that the Government erroneously and improperly attempted to collect an overpayment in salary in violation of 5 U.S.C. § 5514. The parties are currently engaged in settlement negotiations which they believe may resolve the remaining claim in this case without the need for further litigation. Additional time is needed to continue these discussions.

For the foregoing reasons, the parties respectfully request that the Court grant this motion for an enlargement of time by 28-days, to and including August 4, 2008, within which defendant may file an answer to Count II of the complaint.

Respectfully submitted,

s/Lawrence A. Berger
LAWRENCE A. BERGER
Mahon and Berger, Esqs.
21 Glen Street
Glen Cove, New York 11542
Tel: (516) 671-2688
Fax: (516) 671-1148

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

July 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of July, 2008, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN