**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SUSAN L. McCARRON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-756C |
| | ) | |
| v. | ) | (Judge Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including August 18, 2008, to file a response to the complaint. The response to the complaint is currently due August 4, 2008. This is the United States' second request for an enlargement of time since the Court issued an order granting defendant's motion to dismiss Count I of the complaint. Plaintiff's counsel indicated that plaintiff does not oppose this motion.

On June 20, 2008, the Court granted the Government's motion to dismiss Count I of the complaint and re-set the deadline for the Government to respond to Count II of the complaint to July 7, 2008. Count II of the complaint alleges that the Government erroneously and improperly attempted to collect an overpayment in salary in violation of 5 U.S.C. § 5514. The parties engaged in settlement negotiations which they believed would resolve this remaining issue, however, the negotiations have reached impasse. Therefore, the United States intends to file a response to the complaint.

Counsel of record is currently preparing for oral argument on August 8, 2008, before the United States Court of Appeals for the Federal Circuit in Recino v. United States Postal Service, Case No. 2008-3102. Accordingly, counsel of record requires additional time to confer with

agency counsel regarding the preparation of a response, and to receive internal review of the response.

For the foregoing reasons, the United States respectfully request that the Court grant this motion for an enlargement of time by 14-days, to and including August 18, 2008, within which defendant may file a response to Count II of the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

July 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN